James KAHOLOKULA,
Plaintiff-Appellant,

v.

HULA RECORDS, INC. d/b/a Oahu Music Publishing and Don McDiarmid, Jr., Defendants-Appellees.

James KAHOLOKULA,
Plaintiff-Appellant,

v.

OAHU MUSIC PUBLISHING, Hula Records, Inc., and Don McDiarmid, Jr., Defendants-Appellees.

Nos. 83–1526, 83–1591.

United States Court of Appeals, Ninth Circuit.

Jan. 11, 1985.

Before DUNIWAY, FLETCHER and FERGUSON, Circuit Judges.

ORDER

In light of the advice to this court that the parties have settled these cases, the appeals are dismissed and the opinion filed on November 2, 1984, is withdrawn.* The cases are remanded to the district court for such action as may be required to effect the settlement of the parties.

* The opinion published in the advance sheet at this citation, 746 F.2d 583–587, has been withdrawn.